UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICE LOUISE PSILOPOULOS,<br><br>Defendant. | No.  2:04-cr-000293 CKD<br><br><br><br>ORDER |

On July 8, 2016, defendant Psilopoulos filed a "Petition for Dismissal," (ECF No. 13), requesting that the court expunge her 2004 misdemeanor conviction for misappropriation of postal funds in violation of 18 U.S.C. Section 1711. The government has filed an opposition, and the court has carefully reviewed the matter.  For the reasons set forth below, IT IS HEREBY ORDERED that defendant's motion for expungement is denied.

**A.  Background**

On October 5, 2004, defendant entered a guilty plea to the sole count of an information charging her with a misdemeanor violation of 18 USC Section 1711.  Defendant was sentenced that day to probation for a period of 24 months, and was ordered to pay a $500 fine, a $25 special assessment, and $30 in restitution. Defendant successfully completed her sentence, satisfying her

financial obligations, and serving her 24-month term of probation without incident.

On July 8, 2016, defendant filed a request with the court, utilizing a California state form entitled "Petition for Dismissal," asking that her misdemeanor conviction be expunged. Defendant states that she wishes to have her conviction expunged as she wants to seek part-time employment.

B. **Discussion**

This court does not have the authority to grant defendant's request. The Ninth Circuit has held that "a district court does not have ancillary jurisdiction in a criminal case to expunge an arrest or conviction record where the sole basis alleged by the defendant is that he or she seeks equitable relief." United States v. Summer, 226 F.3d 1005, 1015 (9th Cir. 2000). As the court in Summer observed, there is no statute allowing a district court to "reopen a criminal case after its judgment has become final for the purpose of expunging a record of a valid arrest or conviction to enhance a defendant's employment opportunities." Id.

C. **Conclusion**

For the foregoing reasons, defendant's Petition for Dismissal (ECF No. 13) is denied.

IT IS SO ORDERED.

Dated:  July 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE